NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ESSEX ELECTRO ENGINEERS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

**and**

**AVIATION GROUND EQUIMENT CORP.,**
*Defendant-Appellee.*

---

2011-5016

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-379, Senior Judge Eric G. Bruggink.

---

## ON MOTION

---

Before LOURIE, GAJARSA, and LINN, *Circuit Judges.*

LINN, *Circuit Judge.*

## ORDER

Essex Electro Engineers, Inc., moves for a stay, pending disposition of this appeal, of various orders and the judgment entered by the United States Court of Federal Claims. Essex also moves for an injunction and submits a "supplemental motion" in which it raises new arguments. Aviation Ground Equipment Corp. opposes. The United States opposes.

To obtain a stay or an injunction, pending appeal, a movant must establish a strong likelihood of success on the merits or, failing that, nonetheless demonstrate a substantial case on the merits provided that the harm factors militate in its favor. *Standard Havens Prods. v. Gencor Indus.*, 897 F.2d 511, 513 (Fed. Cir. 1990) (citing *Hilton v. Braunskill*, 481 U.S. 770, 778 (1987)). In deciding whether to grant a stay, pending appeal, this court "assesses the movant's chances of success on the merits and weighs the equities as they affect the parties and the public." *E.I. du Pont de Nemours & Co. v. Phillips Petroleum Co.*, 835 F.2d 277, 278 (Fed. Cir. 1987); *see also Standard Havens Prods.*, 897 F.2d at 513.

Based on the arguments in the motions papers, and without prejudicing the ultimate disposition of this case by a merits panel, this court determines that Essex Electro Engineers, Inc. has not met its burden to obtain a stay or an injunction.

Accordingly,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

__FEB 0 9 2011__                        /s/ Jan Horbaly
Date                                    Jan Horbaly
                                        Clerk

cc:  Charles E. Raley, Esq.
     Joseph A. Pixley, Esq.
     Paul J. Seidman, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 9 2011

JAN HORBALY
CLERK